IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY KROECK et al., | |
| Plaintiff, | |
| v. | Civil Action No. 2:22-cv-00066 |
| WEST PENN ALLEGHENY HEALTH SYSTEM, INC. d/b/a ALLEGHENY GENERAL HOSPITAL, a fictitious name; ALLEGHENY HEALTH NETWORK; UKG, INC.; and KRONOS INCORPORATED, | ELECTRONICALLY FILED |
| Defendants. | |

## NOTICE OF APPEARANCE OF CATHERINE S. RYAN

Please enter my appearance in the above matter on behalf of Defendants, West Penn Allegheny Health System, Inc. and Allegheny Health Network.

Respectfully submitted

By: */s/ Catherine S. Ryan*
Catherine S. Ryan (Pa. ID 78603)
Christopher Bouriat (Pa. ID 324004)

Dated: March 21, 2022

REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716

T: (412) 288.4226
F: (412) 288.3063
cryan@reedsmith.com

T: (412) 288.4119
F: (412) 288.3063
cbouriat@reedsmith.com

*Attorneys for Defendants*

- 2 -

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on March 21, 2022 a true and correct copy of the foregoing *Notice of Appearance of Catherine S. Ryan* was filed electronically with the Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

               */s/ Catherine S. Ryan*
               Attorney for Defendants