IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY KROECK and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST PENN ALLEGHENY HEALTH SYSTEM, INC. D/B/A ALLEGHENY GENERAL; ALLEGHENY HEALTH NETWORK; UKG, INC.; and KRONOS INCORPORATED,<br><br>Defendants. | Case No. 2:22-cv-00066-CCW |

**DEFENDANT KRONOS INCORPORATED'S DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Kronos Incorporated, in the above captioned action, certifies as follows:

1. Kronos Incorporated is not publicly traded.

2. Kronos Incorporated is owned 100% by Kronos Acquisition Corporation, which is owned 100% by Kronos Parent Corporation. None of these entities are publicly traded.

3. Kronos Parent Corporation is a subsidiary of UKG Inc.

4. UKG Inc. is an indirect wholly-owned subsidiary of Unite Parent Corp.

5.  No public company owns 10% or more of the stock of Unite Parent Corp.

Dated:  April 28, 2022

Respectfully submitted,

**SHOOK, HARDY & BACON, L.L.P.**

*/s/ Erin L. Leffler*
Erin L. Leffler (PA Attorney ID No. 204507)
Shareda P. Coleman (PA Attorney ID No. 325623)
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594
eleffler@shb.com
scoleman@shb.com

*Attorneys for Defendants*
*UKG, Inc. and Kronos Incorporated*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 28, 2022, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be electronically filed with the Clerk via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Erin L. Leffler*
Erin L. Leffler