## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY KROECK et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST PENN ALLEGHENY HEALTH )<br>SYSTEM, INC. d/b/a ALLEGHENY )<br>GENERAL HOSPITAL, a fictitious name; )<br>ALLEGHENY HEALTH NETWORK; UKG, )<br>INC.; and KRONOS INCORPORATED, )<br>)<br>Defendants. | Case No. 2:22-cv-00066- CCW |

### **STIPULATION OF DISMISSAL**

Plaintiff Larry Kroeck and Defendants UKG Inc. and Kronos Incorporated, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of Plaintiff's Complaint, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class, which was never certified. Each party will bear its own costs and attorneys' fees.


[SIGNATURE ON NEXT PAGE]

STIPULATED TO:

For Plaintiff:

<u>/s/ David Kobylinski</u>
David M. Kobylinski, Esquire
515 Court Place, Suite 4
Pittsburgh, PA 15219
412.281.660
Dave@koby.law

<u>/s/ Louis J. Kroeck, IV</u>
Louis J. Kroeck, IV, Esquire
LJK LAW PLLC

1200 Sarah Street
Pittsburgh, PA 15203
(412) 712-7605
Lou@Ljk-law.com


*Attorney for Plaintiff*

For Defendants:

<u>/s/ Erin L. Leffler</u>
Erin L. Leffler (PA ID No. 204507)
Shareda P. Coleman (PA ID No. 325623)
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594
eleffler@shb.com
scoleman@shb.com

*Attorneys for Defendants UKG Inc. and Kronos Incorporated*